# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

EMILY EVANS AND MELANIE WELCH,

    Plaintiffs,

vs.                                               21-cv-10575-RHC-APP
                                                     Honorable Robert H. Cleland

THE CITY OF ANN ARBOR, et al,

    Defendants.

---

## NOTICE OF APPEARANCE ON BEHALF OF MATTHEW KRICHBAUM

Please take notice of the appearance of Steven M. Wolock of Maddin Hauser Roth & Heller, P.C., on behalf of defendant Matthew Krichbaum.

                         Respectfully submitted,

                         MADDIN, HAUSER, ROTH & HELLER, PC

                         By: */S/ Steven M. Wolock (P38497)*
                         Steven M. Wolock (P38497)
                         Attorneys for Defendant Krichbaum
                         28400 Northwestern Highway, 2rd Floor
                         Southfield, MI  48034
                         (248) 354-4030
                         swolock@maddinhauser.com

Dated:  April 6, 2021

## CERTIFICATE OF SERVICE

  I hereby certify that on April 6, 2021, I caused to be electronically filed the above document(s) with the Clerk of the Court using the efiling system, which will send notification of such filing to all counsel of record.

MADDIN, HAUSER ROTH & HELLER, P.C.
*/s/ Steven M. Wolock (P38497)*
Steven M. Wolock (P38497)
Attorneys for Defendant Krichbaum
28400 Northwestern Highway, 2nd Floor
Southfield, MI 48034
(248) 354-4030
swolock@maddinhauser.com

Dated: April 6, 2021

03404883 v1