# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EMILY EVANS and MELANIE WELCH,

    Plaintiffs,

v.

The City of Ann Arbor, James Worthington, in his official and individual capacities, Craig Strong, in his official and individual capacities, Meadowlark Builders LLC, Douglas Selby, Kirk Brandon, Dave Anderson, Harry Ramsden, Tina Roperti, Michigan Quality Electric, Derek Tuck, David Giles, Rob McCrum, Arbor Insulation, Meadowlark Energy, Robert Patterson, Matthew Krichbaum, in his official and individual capacities, Property Management Specials, Inc., Howard and Howard Attorneys, PLLC, Brandon J. Wilson, Esq., Judge Timothy Connors, in his official capacity only, and the Hon. Carol Kuhnke, Chief Judge of the Washtenaw County Circuit Court, in her official capacity only,

    Defendants, Jointly and Severally.

Case No. 3:21-cv-10575-RHC-RSW

Honorable Robert H. Cleland

Magistrate Judge R. Steven Whalen

/

HOWARD & HOWARD ATTORNEYS

Marc M. Susselman (P29481)
43834 Brandywyne Road
Canton, Michigan 48187-2157
Phone: (734) 416-5186
Email: marcsusselman@gmail.com
***Attorneys for Plaintiffs***

**HOWARD & HOWARD ATTORNEYS PLLC**
By: Mark C. Vanneste (P73001)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone: (248) 645-1483
Email: MCV@H2Law.com
***Attorneys for Howard and Howard Attorneys, PLLC, Meadowlark Builders LLC, Douglas Selby, Kirk Brandon, Meadowlark Energy, Dave Anderson, Harry Ramsden, Tina Roperti, Michigan Quality Electric, Derek Tuck, David Giles, Rob McCrum, Arbor Insulation, and Robert Patterson***

/

HOWARD & HOWARD ATTORNEYS

## NOTICE OF APPEARANCE

Please enter the appearance of Mark C. Vanneste of the law firm of Howard & Howard Attorneys PLLC, as counsel for Howard and Howard Attorneys, PLLC, Meadowlark Builders LLC, Douglas Selby, Kirk Brandon, Meadowlark Energy, Dave Anderson, Harry Ramsden, Tina Roperti, Michigan Quality Electric, Derek Tuck, David Giles, Rob McCrum, Arbor Insulation, and Robert Patterson in the above-captioned matter.

Respectfully submitted,

**HOWARD & HOWARD ATTORNEYS PLLC**

Dated: May 17, 2021

By: /s/ Mark C. Vanneste
Mark C. Vanneste (P73001)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone: (248) 645-1483
Email: MCV@H2Law.com

*Attorneys for Howard and Howard Attorneys, PLLC, Meadowlark Builders LLC, Douglas Selby, Kirk Brandon, Meadowlark Energy, Dave Anderson, Harry Ramsden, Tina Roperti, Michigan Quality Electric, Derek Tuck, David Giles, Rob McCrum, Arbor Insulation, and Robert Patterson*

**CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing *Notice of Appearance* along with this accompanying *Certificate of Service* using the CM/ECF Filing system, which generated a Notification of Electronic Filing to all persons currently registered with the Court in the above-referenced matter.

LOCAL RULE CERTIFICATION

The undersigned further certifies that this document complies with E. D. Mich. L. R. 5.1(a), including: double-spaced; at least one-inch margins; consecutive page numbering; and type size of all text and footnotes that is no smaller than 14-point font as well as the appropriate length consistent with E. D. Mich. L. R. 7.1(d)(3).

**HOWARD & HOWARD ATTORNEYS PLLC**

Dated: May 17, 2021

By: /s/ Mark C. Vanneste
    Mark C. Vanneste (P73001)
450 West Fourth Street
Royal Oak, Michigan 48067-2557
Phone: (248) 645-1483
Email: MCV@H2Law.com

*Attorneys for Howard and Howard Attorneys, PLLC, Meadowlark Builders LLC, Douglas Selby, Kirk Brandon, and Meadowlark Energy*