UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EMILY EVANS and MELANIE WELCH,

    Plaintiffs,

v.                                                Case No. 21-10575

CITY OF ANN ARBOR, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's Opinion and Order dated August 19, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants City of Ann Arbor, James Worthington, Craig Strongand, Meadowlark Builders, LLC, Douglas Selby, Kirk Brandon, Dave Anderson, Harry Ramsden, Tina Roperti, Michigan Quality Electric, Derek Tuck, David Giles, Rob McCrum, Arbor Insulation, Meadowlark Energy, Robert Patterson, Matthew Krichbaum, Property Management Specialists, Inc., Howard and Howard Attorneys, PLLC, Brandon Wilson, Hon. Timothy Connors, Carol Kuhnke and against Plaintiffs Emily Evans and Melanie Welch. Dated at Port Huron, Michigan this 19th day of August, 2022.

                                                  KINIKIA ESSIX
                                                  CLERK OF THE COURT

                                                  BY:  s/Lisa Wagner

Dated: August 19, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 19, 2022, by electronic and/or ordinary mail.

s/Lisa Wagner                                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\21-10575.EVANS.judgment.AAB.docx